UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KELLY MICHELE WAGNER § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:13-CV-00052 |
| § | |
| PETERBILT MOTORS COMPANY, § | |
| § | |
| Defendant. § | |

**ORDER GRANTING STIPULATION OF DISMISSAL**

After considering the Stipulation of Dismissal With Prejudice of any and all claims against Defendant, the court ORDERS that this action be and hereby is dismissed with prejudice and that all costs are taxed against the party that incurred them.

IT IS SO ORDERED.

**SIGNED this the 26th day of July, 2013.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE